**Electronically Filed
Supreme Court
SCWC-11-0000812
30-AUG-2016
08:16 AM**

SCWC-11-0000812

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

CHARLES P. POUONO,
Petitioner/Claimant-Appellee/Appellant,

vs.

DAIICHIYA-LOVES BAKERY, INC.,
and TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA,
Respondents/Employer/Insurance Carrier-Appellants/Appellees.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-11-0000812; CASE NO. AB 2009-076 (2-08-00965))

ORDER APPROVING STIPULATION FOR DISMISSAL
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Upon consideration of the "Stipulation to Dismiss Action and Order" filed August 23, 2016 ("stipulation for dismissal"), and the record herein,

IT IS HEREBY ORDERED that the stipulation for dismissal is approved, and the case is dismissed.

DATED:  Honolulu, Hawaiʻi, August 30, 2016.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

